CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 24 2012

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM ODELS VINEYARD, | ) | Civil Action No. 7:12-cv-00072 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELTON BLACKSTOCK, et al., | ) | By:  Hon. Michael F. Urbanski |
|     Defendants. | ) |        United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This ____ day of February, 2012.

/s/ Michael F. Urbanski
_____
United States District Judge